IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY LEE WEST,<br><br>          Plaintiff,<br><br>vs.<br><br>BRAD JOHNSON, Director; ROBERT MITCHELL, C.O.; and ANDREW TRUSLOW, Sargent;<br><br>          Defendants. | **4:17CV3064**<br><br>**MEMORANDUM AND ORDER** |

On August 7, 2017, upon initial review of his Complaint, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted. (Filing No. 7.) The court informed Plaintiff that he could not seek damages for deprivation of good time credits until the disciplinary action, which resulted in the loss of good time, is invalidated through a petition for writ of habeas corpus. (*Id*.) The court further informed Plaintiff of the deficiencies in his Complaint concerning his claim for prospective relief against Lancaster County. (*Id*.) Plaintiff filed an Amended Complaint on August 23, 2017, wherein he merely repeats the allegations from his Complaint. (Filing No. 8.) Accordingly,

IT IS THEREFORE ORDERED that:

1.     This matter is dismissed without prejudice.

2.     The court will enter judgment by a separate document.

Dated this 25th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge